UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　Defendants. | No.  1:21-cv-00097-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 4, 7) |

　　　　Plaintiff David Roberts is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 5, 2021, the assigned magistrate judge issued findings and recommendations, recommending that "[p]ursuant to 28 U.S.C. § 1915(g), Plaintiff not be allowed proceed *in forma pauperis* in this action," and that "Plaintiff be directed to pay the $402.00 filing fee in full if he wants to proceed with this action."  (Doc. No. 4 at 4.)  The findings and recommendations found that prior to filing this action, plaintiff had at least three cases dismissed that count as "strikes" pursuant to 28 U.S.C. § 1915(g).  (*Id*. at 2.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id*. at 5.)  Plaintiff filed his objections on March 1, 2021.  (Doc. No. 10.)

1

Therein, plaintiff alleges that he has no funds to pay the filing fee and objects to the findings and recommendations on the grounds that he is indigent. (*Id.*) These objections do not, however, address plaintiff's three prior strike dismissals nor do they address the finding that he does not meet the "imminent danger" exception to 28 U.S.C. § 1915(g).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 5, 2021 (Doc. No. 4) are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis* (Doc. No. 7) is denied;

3. Within twenty-one (21) days following service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action;

4. Plaintiff's failure to pay the filing fee within the specified time will result in the dismissal of this action; and

5. This matter is referred back to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 11, 2021**

UNITED STATES DISTRICT JUDGE

2